**Order entered June 4, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01084-CR

**ANDRE DJUNA HUBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-60671-M**

## ORDER

We **GRANT** appellant's May 28, 2013 motion to extend the time to file appellant's reply brief. Appellant's reply brief tendered to the Clerk of the Court on May 28, 2013 is **DEEMED** timely filed as of the date of this order.

/s/     LANA MYERS
JUSTICE